General Complaint

**FILED**

JUN 1 3 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

Isabel Heronime
Also Know Isabel Castillo Ortiz

Case Number: 4:22 cv 492
Jordan/Nowak

List the full name of each plaintiff in this action.

VS.

Culberson & Dylan Hostetter
Css agents  see attached
Agent Alan Holmes Jeramy Mills

07/01/20

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.   ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.   In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

     1.  Employ Counsel
     2.  Court - Appointed Counsel
     3.  Lawyer Referral Service of the State Bar of Texas,
         P. O. Box 12487, Austin, Texas 78711.

B.   List the name(s) and address(es) of the attorney(s):

     Andrew Dunlap

These are the code names of the CSS agents.

Zachary Johnson  white male black hair medium build big head
was taken to Dallas Attorney General of Dallas
Jeremy                              black male

G.B. Torres                    mixed Hispanic w/light skin 240 lbs

Michael Brown              white male balding gray hair 235 lbs

John James Davis Jr      42-26 year old white male  200 lbs

Ryan Forrest    my pregnancy test was falsified (Dec. 2020)

                                       Has his ex-wife is in Montana Jobrani Angoura

Dylan Holsetter            75-80 year old, white gray haired small build

                                       Is currently dying of pancreatic cancer

John Quinn                   65 year old white male wears glasses is

Video exist of Michael Brown sexually assaulting me in 2021

And I reported the assault of "Lee" but I did not go to the hospital to have a rape exam done.

Lee is about 270-290 tall white male with reddish hair.

He has been doing surveillance from 8565 Park Ln. either in apartment 209 or 215. He came out as I was loading my car after he sexually assaulted me.

He waved as if I knew him.

These men commit criminal violent sexual attacks but they say " forgive me for being rude". The generals guiding the operations are fully aware and intentionally chose these criminals to attack and degrade the lives of "targets" but their inhumane treatment of suspects was prohibited by the supreme court decision "Hamdan vs Rumsfeld".

C.  Results of the conference with counsel:

_____

_____

_____

II. List previous lawsuits:

  A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents? _____Yes  ✔ No

  B.  If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

  —N/A—

  1.  Approximate file date of lawsuit: _____

  2.  Parties to previous lawsuit(s):

      Plaintiff _____

      Defendant_____

  Attach a separate piece of paper for additional plaintiffs or defendants.

  3.  Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

      _____

  4.  Docket number in other court. _____

  5.  Name of judge to whom the case was assigned.

      _____

  6.  Disposition: Was the case dismissed, appealed or still pending?

      _____

  7.  Approximate date of disposition. _____

III.   Parties to this suit:

   A.   List the full name and address of each plaintiff:

   Pla #1 Isabel Castillo Ortiz Approval & naturalized in Eastern United States in Sherman Texas December 1984

   Pla #2 _____

   B.   List the full name of each defendant, their official position, place of employment and full mailing address.

   Dft #1: Culberson of the CSS Central Security Service

   Dft #2: Dylan Hostetter or Holsetter (may be contracted)

   Dft #3 Sexual offenders of the CSS

   Attach a separate sheet for additional parties.

   [Sticky note:] Dallas Police Jeramy Mills is culpable for all the vape cases she has mishandled.

IV:   Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

I have Reason to be Angry at the failures of the system! Descriptions are attached

I was told by Dallas Police to ask my case to be handled by Crimes Against Persons Division But Dylan and Culberson have more authority and have been obstructing Justice to my sexual assault cases since 2008 and 2018 first by my asking for an investigation of Rousso and then Johnson and others.

(Dallas)
The FBI has received several statements and a video was created by Ryan Forrest stating abuses of the law and the need for reform.

V.   Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

I want the Court to get involved. To send investigators to how Dylan obstructed the judicial system and perpetuated lies for motives of his greed and was lawless in his attacks on my life and

Signed this __13th__ day of __June__, 20 __22__.
(Month)   (Year)

Isabel Castillo Ortiz
P.O. Box 803592
Dallas, TX. 75380-3592

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: __06/13/22__
Date

_Isabel Castillo Ortiz_
Signature of each plaintiff