UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| ISABEL CASTILLO ORTIZ | § | |
| --- | --- | --- |
| | § | |
| v. | § | CIVIL NO. 4:22-CV-492-SDJ |
| | § | |
| DYLAN HOLSETTER, ET AL. | § | |

## **ORDER**

On June 13, 2022, pro se Plaintiff Isabel Castillo Ortiz ("Plaintiff") initiated this action with the filing of her original complaint. (Dkt. #1). On June 15, 2022, the Court ordered Plaintiff to file an amended complaint because, upon review of the live pleading, "the specific claims Plaintiff asserts against each Defendant, the legal basis for each claim, and the relief requested are unclear. Also unclear is whether venue is proper in the Eastern District of Texas, Sherman Division." (Dkt. #5 at 1). On June 30, 2022, Plaintiff filed an amended complaint. (Dkt. #7). However, the amended complaint did not sufficiently address the deficiencies identified in the Court's June 15 Order. Accordingly, on December 19, 2022, the Court directed Plaintiff to file yet a further amended complaint. (Dkt. #10). In response to the Court's December 19 Order, Plaintiff filed a one-page letter and copies of this Court's earlier orders directing an amended complaint. (Dkt. #12). Plaintiff's letter, which states her frustration with the Court's perceived lack of urgency in her case and that she would now prefer for her case to proceed in Florida (but without saying why Florida is the proper venue for her case to proceed), is insufficient to be construed as an amended complaint.

The Court gave Plaintiff a final opportunity to cure these defects and ordered her to file an amended complaint by March 30, 2023. (Dkt. #13). Over a year later, Plaintiff has failed to make such a filing. Therefore, the Court finds that this case should be dismissed for want of prosecution. *See Larson v. Scott*, 157 F.3d 1030 (5th Cir. 1998) (citing FED. R. CIV. P. 41(b); *McCullough v. Lynaugh,* 835 F.2d 1126, 1127 (5th Cir. 1988)) (recognizing that "[a] district court sua sponte may dismiss an action for failure to prosecute or to comply with any court order."); *see also Anthony v. Marion Cnty. Gen. Hosp.*, 617 F.2d 1164, 1167 (5th Cir. 1980) (citation omitted) (explaining that courts may "sua sponte dismiss an action whenever necessary to 'achieve the orderly and expeditious disposition of cases'").

It is therefore **ORDERED** that the above-captioned case is **DISMISSED without prejudice**. All motions by either party not previously ruled on are hereby **DENIED**.

**The Clerk is directed to close this civil case.**

So ORDERED and SIGNED this 31st day of July, 2024.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE